IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DOLORES F. CHANDLER                                      PLAINTIFF

v.                      No. 3:21-cv-127-DPM

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY                                        DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 25 March 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

25 February 2022